GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUL -7  PM 3: 59

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01597 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Efren Alexis Rojo-German,<br><br>Defendant. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making False Statements in Connection with Acquisition of Firearm)<br>Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 19, 2021, in the District of Arizona, EFREN ALEXIS ROJO-GERMAN knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Smith & Wesson model M&P 380 Shield EZ .380 caliber pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about May 19, 2021, in the District of Arizona, EFREN ALEXIS ROJO-GERMAN, in connection with the attempted acquisition of a firearm; to wit: a Smith & Wesson model M&P 380 Shield EZ .380 caliber pistol, from BKM Guns Inc., doing business as Murphy's Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements to BKM Guns Inc., which statements were intended and likely to deceive BKM Guns Inc. as to a fact material to the lawfulness of such sale, in that EFREN ALEXIS ROJO-GERMAN stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person, and stated that he had not ever been convicted of a felony or other crime punishable by more than one year imprisonment when in fact he had previously been convicted of such an offense.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: July 7, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Efren Alexis Rojo-German*
*Indictment Page 2 of 2*